Decided 28 February, 1898.
### LANG *v.* DAY.

From Multnomah : HENRY E. McGINN, Judge.

Action by Lang & Co., against J. G. & I. N. Day to recover the price of certain goods. Judgment for plaintiff, defendants appeal.

DISMISSED.

*Messrs. Stott, Boise & Stout,* and *Gearin, Silvestone, Murphy & Brodie* for appellants.

*Messrs. Cox, Cotton, Teal & Minor,* for respondent.

Pursuant to the written stipulation of the parties, the appeal was dismissed. No opinion.

DISMISSED.

Decided 28 April, 1898.
### REED *v.* COMMERCIAL NATIONAL BANK.

From Multnomah : E. D. SHATTUCK, Judge.

Action by Walter J. Reed to recover the amount of a certain certificate, wherein plaintiff prevailed.

DISMISSED.

*Messrs. Durham, Platt & Platt* for appellant.

*Mr. Allan R. Joy,* for respondent.

The appeal was dismissed pursuant to the written stipulation of the parties. No opinion.

DISMISSED.

Decided 24 May, 1898.
### JORY *v.* BOTTGER.

From Marion : GEORGE H. BURNETT, Judge.

Suit by H. F. Jory against Talkington, Bottger & Co., to recover certain moneys paid to defendants as brokers to purchase wheat in the Chicago market, and which it

was claimed defendants did not so use. There was a trial before the court, who entered judgment for the plaintiff.

*Messrs. Tilmon Ford* and *W. M. Kaiser* for appellants.

*Messrs. D'Arcy & Richardson* for respondents.

Pursuant to the stipulation of the parties the cause was dismissed. No opinion.

DISMISSED.

Decided 28 July, 1898.
## LANSING *v.* PLUMMER.

From Marion : GEORGE H. BURNETT, Judge.

Action by E. Y. Lansing against Plummer & Ault, principals, and H. Holden, surety, to recover on a builder's bond. There was a judgment for plaintiff, from which defendants appeal.

DISMISSED.

*Messrs. Carson & Fleming* and *Tilmon Ford* for appellants.

*Messrs. George G. Bingham* and *Shaw, Hunt & McCulloch* for respondent.

Pursuant to the written stipulation of the parties, the appeal was dismissed. No opinion.

DISMISSED.

Decided 17 October, 1898.
## COMMERCIAL NATIONAL BANK *v.* CHAPMAN.

From Multnomah : LOYAL B. STEARNS, Judge.

Suit by the Commercial National Bank against W. S. Chapman and others to foreclose a mortgage. There was a decree for plaintiff, and defendants appealed.

AFFIRMED.